IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § § | |
| **V.** | § § | **CRIMINAL ACTON NO:** |
| ZACHARY TAYLOR BLOOD | § § | 2:21-cr-00978 |

## CONSENT TO ADMINISTRATION OF GUILTY PLEA
## AND FED. R. CRIM. PROC. 11 ALLOCUTION
## BY UNITED STATES MAGISTRATE JUDGE

I, ZACHARY TAYLOR BLOOD, the defendant in the above-numbered and styled cause, with the advice of my attorney, hereby agree and consent to be advised of my rights and to enter a voluntary plea of guilty before a United States Magistrate Judge. I understand that the plea is subject to the approval of the United States District Court and that sentencing will be conducted by the District Court.

SIGNED this 24th day of January, 2022.

ZACHARY TAYLOR BLOOD W/P
Defendant

_____
Attorney for Defendant

_____
Assistant United States Attorney